FILED

2010 FEB 26 PM 5: 32

1  LISA M. GOODWIN (PRO SE)
   2989 Peralta Blvd.
2  Fremont, CA 94538
   (510) 790-4817
3  Plaintiff

4  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
5  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
6  MELISSA K. BROWN (CSBN 203307)
   Assistant United States Attorney
7
       450 Golden Gate Avenue, Box 36055
8      San Francisco, California 94102-3495
       Telephone: (415) 436-6962
9      FAX: (415) 436-6748
       melissa.k.brown@usdoj.gov
10
   Attorneys for Defendants
11

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15
   LISA M. GOODWIN,                )   No. C-09-05080 VRW
16                                 )
        Plaintiff,                 )   STIPULATION TO EXTEND TIME FOR
17                                 )   DEFENDANT TO FILE RESPONSIVE
        v.                         )   PLEADING AND CONTINUE INITIAL
18                                 )   CASE MANAGEMENT CONFERENCE
   JOHN E. POTTER, POSTMASTER      )
19 GENERAL UNITED STATES POSTAL    )
   SERVICE                         )
20                                 )
        Defendant.                 )
21  _____

22      The plaintiff Lisa Goodwin, ("Plaintiff") and the federal defendant John Potter,

23 Postmaster General United States Postal Service ("Defendants") stipulate to the following:

24      WHEREAS Plaintiff filed her complaint in the above-captioned action on October 29,

25 2009, but did not serve the United States Attorney's Office until December 29, 2009;

26      WHEREAS, pursuant to Rule 12(a)(3)(A) and (B) of the Federal Rules of Civil

27 Procedure, the United States or its officers or agencies have sixty (60) days after service upon the

28 U.S. Attorney to file an answer or other response to a complaint, and accordingly the responsive

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME AND CONTINUE CASE MANAGEMENT
CONFERENCE - C-09-05080 VRW

1 pleading and/or answer is due on March 1, 2010;

2 WHEREAS, the Defendant has requested an additional thirty days to prepare a responsive
3 pleading and/or answer due to the unavailability of agency counsel, who must provide necessary
4 information to prepare a response;

5 WHEREAS, the Plaintiff filed a Motion to Appoint An Attorney to Represent Plaintiff
6 ("Motion to Appoint Counsel") on February 10, 2010, and that motion is set for hearing on May
7 6, 2010;

8 WHEREAS, the initial case management conference in this case is currently scheduled
9 for April 1, 2010 at 3:30 p.m., and Plaintiff has expressed a desire to have assistance in the
10 preparation of the Joint Case Management Statement, and sufficient time to review the
11 responsive pleading and or answer prior to filing such statement;

12 ACCORDINGLY, the Plaintiff and Defendant (collectively "the parties") agree and
13 stipulate as follows:

14 The Defendant shall be allowed an additional thirty days to file a responsive pleading and
15 or answer, which shall be filed no later than March 31, 2010. The parties further request and
16 stipulate that the initial case management conference be set for a date after the Court rules on the
17 Plaintiff's Motion to Appoint Counsel, which is currently scheduled for May 6, 2010.

18 So Stipulated.

19 DATED: February 24, 2010  Respectfully submitted,

20 JOSEPH P. RUSSONIELLO
United States Attorney
21
/s/ Melissa Brown
22
MELISSA K. BROWN
23 Assistant United States Attorney

24 DATED: February 24, 2010

25 LISA M. GOODWIN

26 /s/Lisa M. Goodwin

27 LISA M. GOODWIN
Plaintiff (*Pro se*)
28

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME AND CONTINUE CASE MANAGEMENT
CONFERENCE - C-09-05080 VRW

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, the Defendant shall have until March 31, 2010 to file a responsive pleading and/or answer. ~~Further,~~ the Initial Case Management Conference *shall be conducted on* ~~currently scheduled in this case for~~ April 1, 2010 at 3:30 p.m. ~~is continued until after the Court rules on Plaintiff's Motion to Appoint Counsel, which is currently scheduled for May 6, 2010.~~

IT IS SO ORDERED

Dated: 2/26/2010

HON. VAUGHN R. WALKER
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME AND CONTINUE CASE MANAGEMENT CONFERENCE - C-09-05080 VRW