UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LISA M. GOODWIN,

        Plaintiff,

  v.

JOHN E. POTTER et al,

        Defendant.

Case Number: C09-5080 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 26, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lisa M. Goodwin
2989 Peralta Blvd.
Fremont, CA 94536

Melissa K. Brown - e-notified
United States Attorney's Office
Civil Division
450 Golden Gate Avenue, 9th Floor
Box 36055
San Francisco, CA 94102

Dated: February 26, 2010

                                      Richard W. Wieking, Clerk
                                      By: Cora Klein, Deputy Clerk