IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISA M GOODWIN,                                No   C 09-5080 VRW

    Plaintiff,                             ORDER

    v

JOHN E POTTER, Postmaster General,

    Defendant.
_____/

    The court is in receipt of the parties' proposed modifications to the current schedule. Doc #49. The parties request that the fact discovery cut-off be extended until January 3, 2011, and for the case management conference currently scheduled for December 9, 2010, to be continued to January 20, 2011.

    The request is GRANTED. The case management conference set for December 9 is HEREBY VACATED and the fact discovery cut-off is HEREBY EXTENDED until January 3, 2011. The case management conference will be rescheduled by further order of court.

    IT IS SO ORDERED.

                                                    VAUGHN R WALKER
                                                    United States District Chief Judge