IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA M. GOODWIN,<br><br>   Plaintiff,<br><br>   v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>   Defendant.<br>                                                         / | No. C 09-05080 WHA<br><br>**ORDER GRANTING IN PART PLAINTIFF'S REQUEST FOR MORE TIME TO OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND SCHEDULING ORDER** |

   Plaintiff has requested more time to oppose defendant's motion for summary judgment, namely "an additional month or two." Plaintiff's request is **GRANTED IN PART**, and her deadline to respond to the motion is extended to **AUGUST 11, 2011**. Defendant's reply deadline is extended to **AUGUST 18, 2011**. The hearing is continued to **SEPTEMBER 1, 2011, AT 8:00 A.M.**

   **IT IS SO ORDERED.**

Dated: July 21, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE