IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA M. GOODWIN, | No. C 09-05080 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| JOHN E. POTTER, Postmaster General, | |
| Defendant. | |

Defendant is moving for summary judgment in this matter. Instead of submitting a response, plaintiff requested more time to oppose the motion. Plaintiff's request was granted in part and her deadline to respond to the motion was extended to August 11. Once again, she failed to file a response. Plaintiff Lisa Goodwin is ordered to respond by **SEPTEMBER 2, 2011**, and show cause for her failure to respond to the motion. This order to show cause does not constitute permission to file a late opposition. The hearing on September 1, the pretrial conference on September 12, and the trial date on September 19 are **VACATED**. New dates shall be set by the Court if necessary. If plaintiff does not respond by September 2, this case will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 16, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE