IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA M. GOODWIN, | No. C 09-05080 WHA |
| Plaintiff, | |
| v. | **ORDER ACCEPTING PLAINTIFF'S RESPONSE BRIEF, RESETTING DEADLINE FOR DEFENDANT'S REPLY, AND RESETTING HEARING DATE** |
| JOHN E. POTTER, Postmaster General, | |
| Defendant. | |

Defendant is moving for summary judgment in this matter. On July 21, 2011, plaintiff, proceeding *pro se*, was granted a request to extend the deadline to respond to the motion for summary judgement and was ordered to respond by August 11. Plaintiff failed to respond. On August 16, an order to show cause issued that called for plaintiff to respond by September 2, and show cause for her failure to respond to the motion.

Plaintiff responded in a submission filed on September 1, in which she submitted a letter explaining her delay and a response to defendant's summary judgment motion.

This order accepts plaintiff's response brief and deems it filed. Defendant's

reply deadline is extended to **SEPTEMBER 19, 2011.** The hearing is continued to **OCTOBER 13, 2011 AT 8 A.M.**

**IT IS SO ORDERED.**

Dated: September 12, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE