IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISA M. GOODWIN,

    Plaintiff,

  v.

JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,

    Defendant.

No. C 09-05080 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order granting defendant's motion for summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant.

    The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: October 19, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE