**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISA M. GOODWIN,                                          No. C 09-05080 WHA

       Plaintiff,

  v.                                                                **JUDGMENT**

JOHN E. POTTER, POSTMASTER
GENERAL, UNITED STATES
POSTAL SERVICE,

       Defendant.
_____/

    For the reasons stated in the accompanying order granting defendant's motion for

summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant.

    The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated:  October 19, 2011.

                                     _____
                                       WILLIAM ALSUP
                                     UNITED STATES DISTRICT JUDGE